**Order filed April 13, 2020**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-18-00371-CR**

———————

**DIXIE LUCEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 167th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-DC-17-203933**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit Number 2, a DVD.**

The clerk of the 167th District Court is directed to deliver to the Clerk of this court the original of **State's Exhibit Number 2, a DVD**, on or before April 20, 2020**.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of **State's Exhibit Number 2, a DVD**, to the clerk of the 167th District Court.

PER CURIAM

Panel Consists of Justices Wise, Jewell and Poissant